IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA BECERRA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BON-TON STORES, INC.,<br>CARSON PIRIE SCOTT II, INC.,<br><br>        Defendants. | 8:15CV239<br><br>**ORDER** |

IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before **August 17, 2015**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **August 10, 2015**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 16th day of July, 2015

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge