IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA BECERRA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BON-TON STORES, INC., AND CARSON PIRIE SCOTT II, INC.,<br><br>        Defendants. | **8:15CV239**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on December 5, 2016, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on November 21, 2016 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conference instructions assigned to this case, (See Filing No. 13), to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 18, 2016.

3) The deadline for filing motions to dismiss or for summary judgment is extended to July 15, 2016.

June 21, 2016.
                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge